

# United States District Court
# Eastern District of California

IBRAGIM POLONKOEV

Plaintiff(s)

V.

CHRISTOPHER CHESTNUT

Defendant(s)

Case Number: 26-cv-4244-DC-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sergey Risko _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Ibragim Polonkoev

On ___12/15/2020___ (date), I was admitted to practice and presently in good standing in the ___U.S. Court for the Southern District of NY___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: ___06/04/2026___       Signature of Applicant: /s/ ___Sergey Risko___

**Pro Hac Vice Attorney**

Applicant's Name: Sergey Risko

Law Firm Name: Risko Law Group, PLLC

Address: 227 West Street, Suite 2121

City: Brooklyn    State: NY    Zip: 11222

Phone Number w/Area Code: (718) 757-7734

City and State of Residence: Brooklyn, NY

Primary E-mail Address: riskolawgroup@gmail.com

Secondary E-mail Address: N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mariana L. Hanna

Law Firm Name: Law Offices of Mariana Hanna

Address: 402 West Broadway, Ste 1730

City: San Diego    State: CA    Zip: 92101

Phone Number w/Area Code: (619) 234-3635    Bar # 230127

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/12/2026

_____
JUDGE, U.S. DISTRICT COURT

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____SERGEY  RISKO_____ , Bar # _____5773981_____

was duly admitted to practice in the Court on

_____December 15, 2020_____

and is in good standing as a member of the Bar of this Court

Dated at
   500 Pearl St.
   New York, New York

On  _____May 19, 2026_____

_____Tammi M. Hellwig_____
Clerk of Court

By     s/ R. Juliano
_____Deputy Clerk_____